UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, ) | |
| ) | |
| Plaintiff(s), ) | No. C03-3804 MJJ (BZ) |
| ) | |
| v. ) | **TWELFTH DISCOVERY ORDER** |
| ) | |
| ETHICON, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

Having received plaintiff's letter dated May 27, 2005, **IT IS HEREBY ORDERED** that the Court will refrain from considering the issues raised in the letter unless Special Master Quinn advises the Court that he believes he lacks the authority to decide them.  Plaintiff must serve a copy of this order on Special Master Quinn.

Dated:  May 31, 2005

                                          /s/ Bernard Zimmerman
                                             Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\CONTRATTO\DISCOVERY12.ORD.wpd

1