E-filing

**FILED**

AUG 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENEE CONTRATTO,

    Plaintiff,

v.

ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25,

    Defendants.

Case No. C-03-3804 ARB (MJJ)

[PROPOSED] ORDER AMENDING SCHEDULING ORDER

Having carefully considered Plaintiff's and Defendants' arguments, their papers, and the relevant legal authority, as well as all papers on file in the Court record, the Court amends the pretrial/trial scheduling order as follows:

| | |
|---|---|
| Plaintiff to serve opposition to defendant's Motion to Strike Rebuttal Experts by: | August 25, 2005 |

[PROPOSED] ORDER AMENDING SCHEDULING ORDER

CASE NO. C-03-3804 ARB (MJJ)

| | |
|---|---|
| Depositions of plaintiffs' rebuttal experts to be completed | August 31, 2005 |
| Defendants' Reply Brief in Support of Motion to Strike Rebuttal Experts to be filed by: | September 2, 2005 |
| *Daubert* motion on causation to be filed by: | September 14, 2005 |
| Opposition to *Daubert* motion to be filed by: | October 3, 2005 |
| Reply in Support of *Daubert* motion to be filed by: | October 12, 2005 |
| All parties to disclose remaining non-causation experts, Rule 26(a)(2)(B) reports and provide two available deposition dates by: | October 14, 2005 |
| All parties to disclose rebuttal non-causation experts, Rule 26(a)(2)(B) reports and provide two available deposition dates by: | October 21, 2005 |
| Defendants to disclose and serve sur-rebuttal causation expert reports by: | October 26, 2005 |
| *Daubert* hearing on causation experts: | November 2, 2005, 9:30 a.m. (all day) |
| Depositions of remaining experts to be completed by: | November 11, 2005 |
| Last day to hear Motions for Summary Judgment | November 22, 2005 |
| Motions *in limine* to be filed by: | January 9, 2006 |
| Responses to Motions *in limine* to be filed by: | January 16, 2006 |
| Pre-trial conference to take place on: | January 24, 2006 at 3:30 p.m. |
| Trial Date: | February 13, 2006 at 8:30 a.m. |

There shall be no deposition of any defense expert on the matters stated in defendants' surrebuttal expert reports served October 26, 2005, and any examination of any defense experts

1  on such matters shall be reserved for *Daubert* hearing or for trial.

2  The foregoing amendment to the pretrial/trial scheduling order is SO ORDERED.

3

4

5  Dated: 5/25/2005

6  Martin J. Jenkins
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28