|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RENEE CONTRATTO,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25,<br><br>Defendants. | Case No. C-03-3804 ARB (MJJ)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING PAGE LIMITS FOR OPPOSITION BRIEFS<br>(CIVIL L.R. 7-3, 7-4 and 7-12) |
|---|---|

Plaintiff Renee Contratto and defendants Ethicon, Inc., Johnson & Johnson, Lifecore Biomedical, Inc., and Vital Pharma, Inc. submit the following joint proposed Order pursuant to Civil L.R. 7-12:

WHEREAS, defendants Ethicon, Inc., Johnson & Johnson, and Lifecore Biomedical, Inc. filed six motions under Federal Rule of Evidence 702 ("*Daubert* motions") on September 14, 2005, pursuant to the Court's scheduling order;

WHEREAS, defendant Vital Pharma, Inc. joined in the six *Daubert* motions filed by defendants Ethicon, Inc., Johnson & Johnson, and Lifecore Biomedical, Inc. and filed three *Daubert* motions of its own pursuant to the Court's scheduling order;

1 WHEREAS, Civil L.R. 7-3 and 7-4 limit opposition briefs to 25 pages; and

2 WHEREAS, plaintiff desires to file a single omnibus opposition brief on October 3, 2005, not to exceed 100 pages of text;

The parties agree that plaintiff may file a single omnibus Opposition brief, not to exceed 100 pages of text. The foregoing shall not alter or modify the page limits for defendants' reply briefs, which shall remain pursuant to Civil L.R. 7-3 and 7-4 that each of defendants' *Daubert* motion may be supported with a reply brief, with each such brief not to exceed 15 pages in length.

IT IS SO STIPULATED:

Dated: September 30, 2005

KERSHAW, CUTTER, RATINOFF & YORK, LLP

STUART C. TALLEY
Attorneys for Plaintiff
RENEE CONTRATTO

Dated: September ___, 2005

DRINKER BIDDLE & REATH LLP

MICHAEL J. STORTZ
Attorneys for Defendants
ETHICON, INC. and JOHNSON & JOHNSON

Dated: September ___, 2005

GORDON & REES LLP

KAI PETERS
Attorneys for Defendant
LIFECORE BIOMEDICAL, INC.

Dated: September ___, 2005

SEDGWICK, DETERT, MORAN & ARNOLD

GENESE K. DOPSON
Attorneys for Defendant
VITAL PHARMA, INC.

IT IS SO ORDERED.

Dated: 10/7/2005

United States District Judge

2

[PROPOSED] ORDER MODIFYING PAGE LIMITS

CASE NO. C-03-3804 ARB (MJJ)

1     WHEREAS, Civil L.R. 7-3 and 7-4 limit opposition briefs to 25 pages; and

2     WHEREAS, plaintiff desires to file a single omnibus opposition brief on October 3, 2005, not to exceed 100 pages of text;

    The parties agree that plaintiff may file a single omnibus Opposition brief, not to exceed 100 pages of text. The foregoing shall not alter or modify the page limits for defendants' reply briefs, which shall remain pursuant to Civil L.R. 7-3 and 7-4 that each of defendants' *Daubert* motion may be supported with a reply brief, with each such brief not to exceed 15 pages in length.

    IT IS SO STIPULATED:

Dated: October __, 2005      KERSHAW, CUTTER, RATINOFF & YORK, LLP

STUART C. TALLEY
Attorneys for Plaintiff
RENEE CONTRATTO

Dated: October 03, 2005      DRINKER BIDDLE & REATH LLP

~~MICHAEL J. STORTZ~~ *Brenda N. Buonaiuto*
Attorneys for Defendants
ETHICON, INC. and JOHNSON & JOHNSON

Dated: October __, 2005      GORDON & REES LLP

KAI PETERS
Attorneys for Defendant
LIFECORE BIOMEDICAL, INC.

Dated: October __, 2005      SEDGWICK, DETERT, MORAN & ARNOLD

GENESE K. DOPSON
Attorneys for Defendant
VITAL PHARMA, INC.

    IT IS SO ORDERED.

Dated: _____

**United States District Judge**

| | |
|---|---|
| 1 | WHEREAS, Civil L.R. 7-3 and 7-4 limit opposition briefs to 25 pages; and |
| 2 | WHEREAS, plaintiff desires to file a single omnibus opposition brief on October 3, |
| 3 | 2005, not to exceed 100 pages of text; |
| 4 | The parties agree that plaintiff may file a single omnibus Opposition brief, not to exceed |
| 5 | 100 pages of text. The foregoing shall not alter or modify the page limits for defendants' reply |
| 6 | briefs, which shall remain pursuant to Civil L.R. 7-3 and 7-4 that each of defendants' *Daubert* |
| 7 | motion may be supported with a reply brief, with each such brief not to exceed 15 pages in |
| 8 | length. |
| 9 | IT IS SO STIPULATED: |

Dated: September ___, 2005          KERSHAW, CUTTER, RATINOFF & YORK, LLP

                                    _____
                                    STUART C. TALLEY
                                    Attorneys for Plaintiff
                                    RENEE CONTRATTO

Dated: September ___, 2005          DRINKER BIDDLE & REATH LLP

                                    _____
                                    MICHAEL J. STORTZ
                                    Attorneys for Defendants
                                    ETHICON, INC. and JOHNSON & JOHNSON

Dated: October 3, 2005              GORDON & REES LLP

                                    _____
                                    KAI PETERS
                                    Attorneys for Defendant
                                    LIFECORE BIOMEDICAL, INC.

Dated: September ___, 2005          SEDGWICK, DETERT, MORAN & ARNOLD

                                    _____
                                    GENESE K. DOPSON
                                    Attorneys for Defendant
                                    VITAL PHARMA, INC.

IT IS SO ORDERED.

Dated: _____              _____
                                    United States District Judge

WHEREAS, Civil L.R. 7-3 and 7-4 limit opposition briefs to 25 pages; and

WHEREAS, plaintiff desires to file a single omnibus opposition brief on October 3, 2005, not to exceed 100 pages of text;

The parties agree that plaintiff may file a single omnibus Opposition brief, not to exceed 100 pages of text. The foregoing shall not alter or modify the page limits for defendants' reply briefs, which shall remain pursuant to Civil L.R. 7-3 and 7-4 that each of defendants' *Daubert* motion may be supported with a reply brief, with each such brief not to exceed 15 pages in length.

IT IS SO STIPULATED:

Dated: September __, 2005

KERSHAW, CUTTER, RATINOFF & YORK, LLP

STUART C. TALLEY
Attorneys for Plaintiff
RENEE CONTRATTO

Dated: September __, 2005

DRINKER BIDDLE & REATH LLP

MICHAEL J. STORTZ
Attorneys for Defendants
ETHICON, INC. and JOHNSON & JOHNSON

Dated: September __, 2005

GORDON & REES LLP

KAI PETERS
Attorneys for Defendant
LIFECORE BIOMEDICAL, INC.

Dated: ~~September __, 2005~~ 10/4/05

SEDGWICK, DETERT, MORAN & ARNOLD

*[signature: Cassandra Hu]*

GENESE K. DOPSON
Attorneys for Defendant
VITAL PHARMA, INC.

IT IS SO ORDERED.

Dated: _____

**United States District Judge**