**FILED**

DEC 0 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, | No. C03-03804 MJJ |
| Plaintiff, | **ORDER AMENDING HEARING DATES and SETTING STATUS CONFERENCE** |
| v. | |
| ETHICON, INC., *et al.* | |
| Defendants. | |

Pending before the Court are Defendants' various motions to strike and/or exclude Plaintiff's expert evidence (Docs. #224, #239, #242, #245, #248, #251, #252, #260, #263, #266). Also Pending before the Court are Defendants' motions for summary judgment (Docs. #302, #306, #311, #318, #319, #329). Additionally, Plaintiff has filed a Motion for Relief from Excusable Neglect (Doc. #345), and Defendants have filed a Motion to Strike Plaintiff's Untimely and Improper Non-Causation Rebuttal Experts Dr. David Redwine and Dr. Michael Doody (Doc. #351), and a Motion to Shorten Time (Doc. #347). To enable the Court to adequately consider the parties' motions, and in the interest of judicial efficiency, the Court orders as follows:

On **December 13, 2005, at 3:00 p.m.**, the Court shall hold a telephonic status conference in response to the parties' November 14, 2005 joint letter to discuss the nature of the hearing on Defendants' pending evidentiary motions.[1]

The hearing previously set for December 9, 2005, on Defendants' various evidentiary motions

---

[1] Plaintiff shall initiate the conference call with opposing counsel, and call into chambers at (415) 522-4141.

1  is re-set for **December 21, 2005, at 9:30 a.m**.  At this time, the Court will also hear argument on
2  Defendants' Motion to Strike Plaintiff's Untimely and Improper Non-Causation Rebuttal Experts Dr.
3  David Redwine and Dr. Michael Doody (Doc.#351); Defendants' Motion to Shorten Time (Doc. #347);
4  and Plaintiff's Motion for Relief from Excusable Neglect (Doc. #345).  Accordingly, the hearing set on
5  December 20, 2005, is **VACATED**.

6        The hearing previously set for December 21, 2005, on Defendants' motions for summary
7  judgment is **VACATED**.  The Court will notify the parties of the new hearing date for the summary
8  judgment motions.

10 **IT IS SO ORDERED.**

13 Dated: 12/6/05

                          MARTIN J. JENKINS
                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California