IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO,<br><br>    Plaintiff,<br><br>  v.<br><br>ETHICON, INC., *et al.*<br><br>    Defendants.<br>_____/ | No. C03-03804 MJJ<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Pending before the Court are Defendants' various motions to strike and/or exclude Plaintiff's expert evidence (Docs. #224, #239, #242, #245, #248, #251, #252, #260, #263, #266).  Also Pending before the Court are Defendants' motions for summary judgment (Docs. #302, #306, #311, #318, #319, #329).  Additionally, Plaintiff has filed a Motion for Relief from Excusable Neglect (Doc. #345), and Defendants have filed a Motion to Strike Plaintiff's Untimely and Improper Non-Causation Rebuttal Experts Dr. David Redwine and Dr. Michael Doody (Doc. #351), and a Motion to Shorten Time (Doc. #347).  To enable the Court to adequately consider the parties' motions, and in the interest of judicial efficiency, the Court orders as follows:

The January 9, 2006 deadline for motions in limine and the January 16, 2006 deadline for responses to motions in limine are **VACATED** and will be re-set by the Court following its rulings on the parties' pending Motions.

The pre-trial conference set for January 24, 2006 is **VACATED** and will be re-set by the Court.

The hearing on Defendants' various evidentiary motions is re-set for **January 20, 2006, at 9:30**

1  **a.m**.  At this time, the Court will also hear argument on Defendants' Motion to Strike Plaintiff's
2  Untimely and Improper Non-Causation Rebuttal Experts Dr. David Redwine and Dr. Michael Doody
3  (Doc.#351); Defendants' Motion to Shorten Time (Doc. #347); and Plaintiff's Motion for Relief from
4  Excusable Neglect (Doc. #345).
5  **IT IS SO ORDERED.**

Dated: 01/04/2006

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE