**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO,<br><br>    Plaintiff,<br><br>  v.<br><br>ETHICON, INC., *et al.*,<br><br>    Defendants. | No. C03-03804 MJJ<br><br>**ORDER VACATING HEARING** |

The Court having been advised of a scheduling conflict precluding Defendant Ethicon's counsel from appearing at the January 20, 2006 hearing, now orders as follows:

The January 20, 2006 hearing is **VACATED**. Within 10 days of the filing date of this Order, the parties shall submit a joint statement listing three mutually-agreed upon dates[1] in March 2006, which the Court may consider when re-setting the matter for hearing.

**IT IS SO ORDERED.**

Dated: 1/17/06

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Excluding Tuesdays and the afternoons of March 10th and 24th.