

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, | No. C03-03804 MJJ |
| Plaintiff, | **ORDER SETTING HEARING DATE** |
| v. | |
| ETHICON, INC., *et al.* | |
| Defendants. | |

Pending before the Court are Defendants' various motions to strike and/or exclude Plaintiff's expert evidence (Docs. #224, #239, #242, #245, #248, #251, #252, #260, #263, #266).

Based on the parties' statements regarding their availability, the Court hereby sets hearing on the above Motions for **March 29, 2006, at 9:30 a.m**.

**IT IS SO ORDERED.**

Dated: 2/21/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE