UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO,<br><br>        Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25,<br><br>        Defendants. | Case No. C-03-3804 ARB (MJJ)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF THOMAS PIPPERT *PRO HAC VICE* |

    Thomas Pippert, an active member in good standing of the bar of New York, whose business address and telephone number is 1133 Avenue of the Americas, New York, New York, 10036-6710, (212) 336-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ethicon, Inc. and Johnson & Johnson.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel

1 | designated in the application will constitute notice to the party. All future filings in this
2 | action are subject to the requirements contained in General Order No. 45, *Electronic
3 | *Case Filing.*

5 | Dated: 3/8/2006

*[signature]*

Honorable Martin J. Jenkins