1   William A. Kershaw, State Bar No. 057486
    C. Brooks Cutter, State Bar No. 121407
2   Stuart C. Talley, State Bar No. 180374
    **KERSHAW, CUTTER & RATINOFF, LLP**
3   980 9th Street, Suite 1900
    Sacramento, California 95814
4   Telephone: (916) 448-9800
    Facsimile: (916) 669-4499
5
    Theodore Babbitt (Admitted *pro hac vice*)
6   Joseph R. Johnson (Admitted *pro hac vice*)
    **BABBITT, JOHNSON, OSBORNE & LeCLAINCHE**
7   1450 Centrepark Blvd., #100
    West Palm Beach, Florida 33401
8   Telephone: (561) 684-2500
    Facsimile: (561) 684-6308
9
    Thomas F. Schrag, State Bar No. 39377
10  James S. Baum, State Bar No. 52202
    Michael L. Schrag, State Bar No. 185832
11  **SCHRAG & BAUM, PC**
    280 Panoramic Way
12  Berkeley, California 94704
    Telephone: (510) 849-1618
13  Facsimile: (510) 841-6050

14  *Attorneys for Plaintiff*

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  RENEE CONTRATTO, on behalf of herself and the general public, | CASE NO. C-03-3804 ARB (MJJ) |
| 18 | Granted: |
|     Plaintiff, | **PLAINTIFF'S REQUEST TO PERMIT** |
| 19 | **POSSESSION AND USE OF** |
|     v. | **ELECTRONIC DEVICES; ORDER** |
| 20 | |
| 21  ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey | |
| 22  corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL | Date: March 29, 2006<br>Time: 9:30 a.m. |
| 23  PHARMA, INC., a Florida corporation and DOES 1 – 25, | Dept.: Courtroom 11 |
| 24 | The Honorable Martin J. Jenkins<br>Trial Date: TBA |
|     Defendants. | |
| 25 | |

26          Pursuant to the Court's direction during the telephonic conference held on

27  December 13, 2005, and the General Order No. 58, plaintiff hereby requests an Order permitting

28  the parties to bring electronic devices (as defined in General Order No. 58) into the courthouse

                                    1.

and to possess and to use those electronic devices in the courtroom during the *Daubert* hearing, scheduled in this action for March 29, 2006, commencing at 9:30 a.m. in Courtroom 11. Plaintiff further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom, on Tuesday, March 28, 2006, to facilitate the timely and orderly conduct of the proceedings on March 29, 2006.

Dated: March 20, 2006.                          KERSHAW, CUTTER & RATINOFF, LLP


By: _____
                          William A. Kershaw
                          Stuart C. Talley
                          C. Brooks Cutter
                          KERSHAW, CUTTER & RATINOFF, LLP
                          980 9th Street, Suite 1900
                          Sacramento, California 95814

                          *Attorneys for Plaintiff*


IT IS SO ORDERED.


Dated: 3/27/2006   _____
                          UNITED STATES DISTRICT JUDGE