CHARLES F. PREUSS (State Bar No. 45783)
MICHAEL J. STORTZ (State Bar No. 139386)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Of Counsel*
PATTERSON, BELKNAP, WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendants
ETHICON, INC. and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO,<br><br>  Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25,<br><br>  Defendants. | Case No. C-03-3804 ARB (MJJ)<br><br>**REQUEST TO PERMIT POSSESSION AND USE OF ELECTRONIC DEVICES; [PROPOSED] ORDER**<br><br>Courtroom 11, 19th Floor<br><br>*Daubert* Hearing: March 29, 2006<br><br>Trial Date: Not set<br><br>The Honorable Martin J. Jenkins |

Pursuant to the Court's direction, and General Order No. 58, defendant Ethicon, Inc. hereby requests an Order permitting the parties to bring electronic devices (as defined in General Order No. 58) into the courthouse and to possess and to use those electronic devices in the courtroom during the *Daubert* hearing, scheduled in this action for March 29, 2006, commencing at 9:30 a.m. The specific devices Ethicon, Inc. plans to possess and to use are set forth in the attached Exhibit A. Ethicon, Inc. further requests the Court's permission for the parties to set-up their respective electronic devices in the courtroom, on Tuesday, March 28, 2006, to facilitate the timely and orderly conduct of

the proceedings on March 29, 2006.

Dated: March 27, 2006

DRINKER BIDDLE & REATH LLP

/S/
BRENDA N. BUONAIUTO

Attorneys for Defendants
ETHICON, INC. and JOHNSON & JOHNSON

IT IS SO ORDERED.

Dated: 3/27/2006

_United States District Judge_

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\366113\2

REQUEST RE ELECTRONIC DEVICES; [PROPOSED] ORDER

2

CASE NO. C-03-3804 ARB (MJJ)

## EXHIBIT A

1. One (1) Proxima 9290 projector (3500L);
2. One (1) projector screen (6 x 8);
3. One (1) projector stand (25 x 17);
4. Five (5) 18" monitors;
5. Two (2) Instand tripod stands with trays;
6. One (1) Wolfvision visualizer;
7. One (1) DaLite stand (25 x 17);
8. Two (2) VGA distribution amps;
9. One (1) VGA switch;
10. Two (2) Fender 150W speakers;
11. Two (2) XLR mono audio controllers; and
12. One (1) TPAD T42 laptop computer.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105