**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CONTRATTO,                                No. C03-03804 MJJ

12          Plaintiff,                         **ORDER DENYING MOTION TO**
                                               **SHORTEN TIME [Doc. #219] AS MOOT**
13      v.

14   ETHICON, INC. ET AL,

15          Defendant.
                                        /
16

17        On August 9, 2005, Defendant Lifecore filed a Motion to Shorten Time to hear Defendants'

18   Motion to Strike Testimony of Belated Designated Experts (Doc. #219).  Because the parties have filed

19   their *Daubert* motions, the exigent circumstances identified in the Motion to Shorten Time no longer

20   exist.  The Court therefore **DENIES** Defendant's Motion to Shorten Time (Doc. #219) as moot.

21

22   **IT IS SO ORDERED.**

23

24   Dated: 3/30/3006                    _____
                                         MARTIN J. JENKINS
25                                       UNITED STATES DISTRICT JUDGE

26

27

28