IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRATTO,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHICON, INC. ET AL,<br><br>    Defendant.<br>_____/ | No. C03-03804 MJJ<br><br>**ORDER DENYING MOTION TO SHORTEN TIME [Doc. #219] AS MOOT** |

On August 9, 2005, Defendant Lifecore filed a Motion to Shorten Time to hear Defendants' Motion to Strike Testimony of Belated Designated Experts (Doc. #219). Because the parties have filed their *Daubert* motions, the exigent circumstances identified in the Motion to Shorten Time no longer exist. The Court therefore **DENIES** Defendant's Motion to Shorten Time (Doc. #219) as moot.

**IT IS SO ORDERED.**

Dated: 3/30/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE