**FILED**

APR 0 4 2006

RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRATTO, | No. C03-03804 MLJ |
| Plaintiff, | [PROPOSED] ORDER PRECLUDING PLAINTIFF'S MEDICAL CAUSATION EXPERTS FROM OFFERING OPINIONS AS TO VITAL PHARMA, INC. AT TRIAL |
| v. | |
| ETHICON, INC., ET AL. | |
| Defendants | |

VITAL PHARMA, INC.'S separate <u>Daubert</u> motions came on regularly for hearing before this Court on March 29, 2006 and, at that time, the Court, deeming the issue more properly raised under Rule 26, issued an Order that Plaintiff's medical causation experts are precluded from offering expert opinions as to Vital Pharma, Inc., at trial. (1)

**IT IS SO ORDERED.**

Dated: _____

MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

(1) This Order terms Docs. #245 and #248.

SF/1327517v1

-1-
[PROPOSED] ORDER PRECLUDING PLAINTIFF'S MEDICAL CAUSATION
EXPERTS FROM OFFERING OPINIONS AS TO VITAL PHARMA, INC.