William A. Kershaw, State Bar No. 057486
C. Brooks Cutter, State Bar No. 121407
Stuart C. Talley, State Bar No. 180374
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Theodore Babbitt (Admitted *pro hac vice*)
Joseph R. Johnson (Admitted *pro hac vice*)
**BABBITT, JOHNSON, OSBORNE & LeCLAINCHE**
1450 Centrepark Blvd., #100
West Palm Beach, Florida 33401
Telephone: (561) 684-2500
Facsimile: (561) 684-6308

Thomas F. Schrag, State Bar No. 39377
James S. Baum, State Bar No. 52202
Michael L. Schrag, State Bar No. 185832
**SCHRAG & BAUM, PC**
280 Panoramic Way
Berkeley, California 94704
Telephone: (510) 849-1618
Facsimile: (510) 841-6050

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, on behalf of herself and the general public,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation and DOES 1 – 25,<br><br>Defendants. | CASE NO. C-03-3804 ARB (MJJ)<br><br>Granted<br>**PLAINTIFF'S REQUEST TO PERMIT POSSESSION AND USE OF ELECTRONIC DEVICES; ORDER**<br><br>Date: April 25, 2006<br>Time: 9:30 a.m.<br>Dept.: Courtroom 11<br><br>The Honorable Martin J. Jenkins<br>Trial Date: TBA |

Pursuant to the Court's direction during the telephonic conference held on December 13, 2005, and the General Order No. 58, plaintiff hereby requests an Order permitting the parties to bring electronic devices (as defined in General Order No. 58) into the courthouse

1.

and to possess and to use those electronic devices in the courtroom during the continuation of the *Daubert* hearing, scheduled in this action for April 25, 2006, commencing at 9:30 a.m. in Courtroom 11. Plaintiff further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom, on Monday, April 24, 2006, to facilitate the timely and orderly conduct of the proceedings on April 25, 2006.

Dated: April 18, 2006.          KERSHAW, CUTTER & RATINOFF, LLP

By: _____
Stuart C. Talley
William A. Kershaw
C. Brooks Cutter
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, California 95814

*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: 4/19/2006          _____
UNITED STATES DISTRICT JUDGE

2.