1   CHARLES F. PREUSS (State Bar No. 45783)
2   MICHAEL J. STORTZ (State Bar No. 139386)
    BRENDA N. BUONAIUTO (State Bar No. 173919)
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, California  94105-2235
    Telephone: (415) 591-7500
5   Facsimile: (415) 591-7510

6   *Of Counsel*
    PATTERSON, BELKNAP, WEBB & TYLER, LLP
7   1133 Avenue of the Americas
    New York, New York 10036-6710
8   Telephone: (212) 336-2000
    Facsimile: (212) 336-2222

9   Attorneys for Defendants
10  ETHICON, INC. and JOHNSON & JOHNSON

11          UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13  RENEE CONTRATTO,                         Case No. C-03-3804 ARB (MJJ)

14              Plaintiff,                   **REQUEST TO PERMIT POSSESSION
                                             AND USE OF ELECTRONIC
15      v.                                   DEVICES; [~~PROPOSED~~] ORDER**

16  ETHICON, INC. (dba GYNECARE              Courtroom 11, 19th Floor
    WORLDWIDE), a New Jersey corporation;
17  JOHNSON & JOHNSON, a New Jersey          Continued *Daubert* Hearing: April 25, 2006
    corporation; LIFECORE BIOMEDICAL,
18  INC., a Minnesota corporation; VITAL     Trial Date:  To be set
    PHARMA, INC., a Florida corporation; and
19  DOES 1-25,                               The Honorable Martin J. Jenkins

20              Defendants.

21          Pursuant to the Court's direction, and General Order No. 58, defendant Ethicon,

22  Inc. hereby requests an Order permitting the parties to bring electronic devices (as

23  defined in General Order No. 58) into the courthouse and to possess and to use those

24  electronic devices in the courtroom during the continued *Daubert* hearing, scheduled in

25  this action for April 25, 2006, commencing at 9:30 a.m.  The specific devices Ethicon,

26  Inc. plans to possess and to use are set forth in the attached Exhibit A.  Ethicon, Inc.

27  further requests the Court's permission for the parties to set-up their respective electronic

28  devices in the courtroom, on Monday, April 24, 2006, to facilitate the timely and orderly

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1  conduct of the proceedings on April 25, 2006.

2

3  Dated: April 19, 2006                    DRINKER BIDDLE & REATH LLP

4                                           /S/
                                            _____
5                                           BRENDA N. BUONAIUTO

6                                           Attorneys for Defendants
                                            ETHICON, INC. and JOHNSON &
7                                           JOHNSON

8

9  IT IS SO ORDERED.

10  Dated: _4/19/2006                       _____
                                            **United States District Judge**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **EXHIBIT A**

2

1. One (1) projector;
2. One (1) projector screen (6 x 8);
3. Two (2) projector stands (25 x 17);
4. One (1) Visual Presenter;
5. Five (5) 18" monitors;
6. One (1) stand with tray;
7. Two (2) VGA distribution amps;
8. One (1) VGA switch;
9. Two (2) Fender 150W speakers;
10. Two (2) XLR mono audio controllers;
11. Two (2) TPAD T42 laptop computers;
12. Two (2) Keyspan presentation remotes; and
13. Related cables, extension cords, and surge protectors.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28