UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25,<br><br>Defendants. | Case No. C-03-3804 ARB (MJJ)<br><br>**[PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

Plaintiff Renee Contratto and defendants Ethicon, Inc., Lifecore Biomedical, Inc., and Vital Pharma, Inc., submit the following joint proposed Order to amend the pretrial/trail scheduling order as follows:

| | |
|---|---|
| Hearing on Motions for Summary Judgment | ~~June 20, 2006 at 9:30 a.m.~~<br>September 12, 2006 @ 9:30 am |
| Motions *in limine* to be filed by: | December 11, 2006 |
| Responses to Motions *in limine* to be filed by: | December 18, 2006 |
| Pre-trial conference to take place on: | January 16, 2007 at 1:30 p.m. |
| Trial Date: | January 29, 2007 at 8:30 a.m. |

Dated: May 4, 2006　　　　　　　　　　　KERSHAW, CUTTER & RATINOFF, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　　WILLIAM A. KERSHAW
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
Dated: May __, 2006　　　　　　　　　　　DRINKER BIDDLE & REATH LLP

　　　　　　　　　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　　MICHAEL J. STORTZ
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
Dated: May __, 2006　　　　　　　　　　　GORDON & REES LLP


　　　　　　　　　　　　　　　　　　　　　BRIAN J. MOONEY
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　LIFECORE BIOMEDICAL INC.

Dated: May __, 2006　　　　　　　　　　　SEDWICK, DETERT, MORAN & ARNOLD



　　　　　　　　　　　　　　　　　　　　　GENESE K. DOPSON
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　VITAL PHARMA, INC.

The foregoing amendment to the pretrial/trial scheduling order is SO ORDERED.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Martin J. Jenkins
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2 [PROPOSED] ORDER AMENDING SCHEDULING ORDER CASE NO. C-03-3804 ARB (MJJ)

Dated: May __, 2006          KERSHAW, CUTTER, RATINOFF & YORK, LLP

_____
STUART C. TALLEY
Attorneys for Plaintiff

Dated: May __, 2006          DRINKER BIDDLE & REATH LLP

_____
MICHAEL J. STORTZ
Attorneys for Defendants
ETHICON, INC.

Dated: May __, 2006          GORDON & REES LLP

_____
BRIAN J. MOONEY
Attorneys for Defendant
LIFECORE BIOMEDICAL, INC.

Dated: May __, 2006          SEDGWICK, DETERT, MORAN & ARNOLD

_____
GENESE K. DOPSON
Attorneys for Defendant
VITAL PHARMA, INC.

The foregoing amendment to the pretrial/trial scheduling order is SO ORDERED.

Dated: _____

_____
Martin J. Jenkins
United States District Judge

| | |
|---|---|
| Dated: May __, 2006 | KERSHAW, CUTTER, RATINOFF & YORK, LLP |
| | _____<br>STUART C. TALLEY<br>Attorneys for Plaintiff |
| Dated: May __, 2006 | DRINKER BIDDLE & REATH LLP |
| | _____<br>MICHAEL J. STORTZ<br>Attorneys for Defendants<br>ETHICON, INC. |
| Dated: May __, 2006 | GORDON & REES LLP |
| | _____<br>BRIAN J. MOONEY<br>Attorneys for Defendant<br>LIFECORE BIOMEDICAL, INC. |
| Dated: May 5, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD<br><br>_____<br>GENESE K. DOPSON<br>Attorneys for Defendant<br>VITAL PHARMA, INC. |

The foregoing amendment to the pretrial/trial scheduling order is SO ORDERED.

Dated: 5/15/2006

_____
Martin J. Jenkins
United States District Judge