William A. Kershaw, State Bar No. 057486
C. Brooks Cutter, State Bar No. 121407
Stuart C. Talley, State Bar No. 180374
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Theodore Babbitt (Admitted *pro hac vice*)
Joseph R. Johnson (Admitted *pro hac vice*)
**BABBITT, JOHNSON, OSBORNE & LeCLAINCHE**
1450 Centrepark Blvd., #100
West Palm Beach, Florida 33401
Telephone: (561) 684-2500
Facsimile: (561) 684-6308

Thomas F. Schrag, State Bar No. 39377
James S. Baum, State Bar No. 52202
Michael L. Schrag, State Bar No. 185832
**SCHRAG & BAUM, PC**
280 Panoramic Way
Berkeley, California 94704
Telephone: (510) 849-1618
Facsimile: (510) 841-6050

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, ~~on behalf of herself and the general public~~, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC. (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation and DOES 1 – 25,<br><br>Defendants. | CASE NO. C-03-3804 ARB (MJJ)<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER<br><br>The Honorable Martin J. Jenkins |

1

STIPULATION OF DISMISSAL

IT IS HEREBY ~~FURTHER~~ STIPULATED, by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to defendants Ethicon, Inc., Johnson & Johnson, and Lifecore Biomedical, Inc. Each party will bear its own fees and costs.

Dated: September 28, 2006.

KERSHAW, CUTTER & RATINOFF, LLP

Stuart C. Talley
*Attorney for Plaintiffs*

Dated: September 29, 2006

DRINKER BIDDLE & REATH, LLP

BRENDA BUONAIUTO
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Dated: October 11, 2006

GORDON & REES, LLP

BRIAN J. MOONEY
*Attorneys for Defendant Lifecore Biomedical, Inc.*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-referenced defendants are dismissed with prejudice.

DATED: 10/24/2006

The Honorable Martin J. Jenkins
UNITED STATED DISTRICT COURT

2

STIPULATION OF DISMISSAL