IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CONTRATTO, | No. C03-03804 MLJ |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE RE DEFENDANT VITAL PHARMA, INC. |
| v. | |
| ETHICON, INC., (dba GYNECARE WORLDWIDE), a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation, LIFECORE BIOMEDICAL, INC., a Minnesota corporation; VITAL PHARMA, INC., a Florida corporation; and DOES 1-25, | GRANTED |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Renee Contratto and Defendant Vital Pharma Inc., through their respective counsel, hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: September 29, 2006.

Kershaw, Cutter & Ratinoff, LLP

By _____
William A. Kershaw
Attorneys for Plaintiff
Renee Contratto

SF/1361919v1

-1-
[STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE RE DEFENDANT VITAL PHARMA, INC.

| | | |
|---|---|---|
| 1 | Dated: September 29, 2006. | Sedgwick Detert Moran & Arnold |

By _____
Genese K. Dopson
Attorneys for Defendant
Vital Pharma, Inc.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety, each party to bear its own fees and costs.

Dated: 10/24/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

SF/1361919v1

-2-
[STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE RE DEFENDANT VITAL PHARMA, INC.